AUSA: Barbara Lanning Telephone: (313) 226-9103
AO 91 (Rev. 11/11) Criminal Complaint   Special Agent: Mark A. Jackson, ATF Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Darreil Parrish

Case No. Case: 2:23−mj−30308
Assigned To : Unassigned
Assign. Date : 7/26/2023
Description: COMP USA V. PARRISH (KB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **July 23, 2023** in the county of **Wayne** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Mark A. Jackson, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ~~July 25, 2023~~ July 26, 2023

*Judge's signature*

City and state: Detroit, MI

Hon. R. Steven Whalen, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Mark A. Jackson, being duly sworn, hereby state the following:

### I.     INTRODUCTION

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives in Detroit, Michigan since 2000.  Prior to this, I was employed as a Senior Customs Inspector with the United States Customs Service in Detroit, Michigan, for approximately three and one-half years.  Along with other training I have received, I am a certified law enforcement instructor and regularly teach firearms trafficking courses to ATF and other agencies both at the ATF Academy and at advanced firearms trafficking training courses in both the United States and Canada. I have participated in hundreds of investigations involving violations of federal firearms and narcotics laws, resulting in the arrest and convictions of numerous criminal defendants and the seizure of large quantities of firearms.

2.     I make this affidavit from my personal knowledge based on my participation in this investigation, including interviews conducted by myself or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of

establishing probable cause and does include all the information known to law enforcement related to this investigation.

3. ATF is currently conducting a criminal investigation concerning Darreil PARRISH (DOB: XX/XX/1988) for violating 18 U.S.C. § 922(g)(1) as a felon in possession of a firearm.

## II. PROBABLE CAUSE

4. I reviewed records related to PARRISH's criminal history and learned the following:

    a. On April 22, 2009, PARRISH was charged with armed robbery and felony firearm in Wayne County's Third Circuit Court. PARRISH pleaded guilty to one count of robbery and was sentenced to a 2 to 15 years' incarceration with the Michigan Department of Corrections;

    b. On May 3, 2019, PARRISH was charged with felon in possession of a firearm and other weapons offenses in Warren's 37th District Court. This case was ultimately dismissed.

    c. On January 27, 2020, PARRISH was charged with felon in possession of a firearm and other weapons offenses in Warren's 37th District Court. This case was ultimately dismissed.

  d. On December 6, 2021, PARRISH was charged with felon in possession of a firearm and other weapons offenses in Warren's 37th District Court. On January 19, 2023, PARRISH was bound over to Macomb County's 16th Circuit Court. Based on available records, it appears PARRISH pleaded guilty and is awaiting sentencing on this case. He is currently on pretrial release.

  e. Based on my training and experience, Defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, because PARRISH has multiple felony convictions and has been sentenced to serve more than a year in prison as a result of one of those convictions, and because PARRISH has been charged with the offense felon in possession of a firearm on multiple occasions, there is probable cause to believe that PARRISH is aware of his status as a convicted felon.

5. On July 23, 2023, at approximately 1:44 a.m., Detroit Police received a ShotSpotter notification for a shot fired in the area of Hazelridge Street and Peoria Street, in Detroit, Michigan. Responding officers observed several people standing next to cars parked on Hazelridge Street.

6. One of the officers observed PARRISH standing in the street, with an

extended magazine hanging out of his right pants pocket. As the officers pulled closer to him, PARRISH walked between cars and stood on the other side of a parked vehicle. The officer asked PARRISH if he had a CPL. PARISH did not answer in the affirmative and the officers detained him. The officer who observed the firearm in PARRISH's pocket walked around to the side of the car and recovered a tan FN509 9mm handgun with an extended magazine from the grass, next to the parked vehicle where PARRISH had been standing. Officers placed PARRISH under arrest.

7. Officers also recovered a spent 9mm casing in the street, near where they first observed PARRISH standing.

8. On July 25, 2023, I contacted ATF Interstate Nexus Expert, Special Agent Kevin Rambus, and provided information about the tan FN509 9mm handgun with an extended magazine. SA Rambus concluded that the firearm was manufactured outside the State of Michigan and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

### III. CONCLUSION

9. Probable cause exists to believe that Darreil PARRISH knowingly possessed a firearm after having been convicted of a felony offense in violation of Title 18 U.S.C. Section 922(g). This violation occurring within the Eastern District of Michigan.

Respectfully submitted,

_____
Mark A. Jackson, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
And/or by reliable electronic means

_____
Honorable R. Steven Whalen
United States Magistrate Judge

Dated:   July 26, 2023